PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
CHRISTINA MCCALL
Assistant United States Attorneys
501 I Street, Suite 10-100
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>        v.<br><br>CEDAR SKY MONTGOMERY,<br><br>  Defendant. | CASE NO.<br><br>**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT** |

I, Robert Simmons, Special Agent, Federal Bureau of Investigation, United States Department of Justice, being duly sworn, do hereby declare and state:

## I.   INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent ("SA") of the United States Department of Justice, Federal Bureau of Investigation ("FBI"). I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I have been employed as an FBI SA since August 2021 and am presently assigned to the FBI Sacramento Field Office – Ripon Resident Agency's Transnational Organized Crime – Western Hemisphere (TOC-West). I have participated in numerous federal and state investigations, while using a variety of investigative techniques. I have interviewed victims, witnesses, cooperating sources, and defendants. As a result of this experience and my conversations with other law enforcement personnel, to include FBI Special Agents and local law

1

enforcement experienced with criminal investigations, I am familiar with the methods used by individuals to commit criminal violations as well as effective investigative methods to solve them. During the time I have been employed with the FBI, I have executed numerous search warrants and participated in the seizure of physical and digital evidence relating to criminal investigations.

2.     I have received formal training at the FBI training academy in Quantico, Virginia where I successfully completed a 20-week basic field training course.  This training included a variety of investigative and legal matters which includes but is not limited to a wide array of investigative techniques, operational skills, firearms, tactics, case management, and interview and interrogation training.

3.     Prior to my employment with the FBI, I was a police officer with the Topeka Police Department in Kansas, for approximately fifteen years.  I attended numerous training courses specific to investigations.  During my time with the Topeka Police Department, I spent approximately two years as a Community Policing Officer; primarily dealing with narcotics complaints in my assigned area.  I also spent approximately two years as the Sergeant over that unit; overseeing several narcotics investigations. Additionally, I served as the Lieutenant over the Narcotics Unit and the Gang Unit for approximately eighteen months where I oversaw all narcotics investigations and gang investigations for the Topeka Police Department.  Also serving at the rank of Lieutenant, for approximately one year, I oversaw all investigations pertaining to property crimes, financial crimes and complex investigations occurring on 2nd and 3rd shifts.  Based on my experience and training I have become knowledgeable regarding criminal investigations.

4.     I make this affidavit in support of a criminal complaint against, and arrest warrant for Cedar Sky MONTGOMERY for sending threats to injure in interstate commerce to Victim 3, on or about November 22, 2023, in violation of 18 U.S.C. § 875(c) – Interstate Communication of Threats of Violence.  A violation of § 875(c) requires proof that the defendant knowingly transmitted in interstate commerce a communication containing a threat to kidnap or injure another person and that such communication was transmitted for the purpose of issuing a threat, or with knowledge that the communication would be viewed as a threat.  Ninth Cir. Model Crim. Jury Instruction No. 8.13.  Here, as detailed below, the evidence demonstrates that MONTGOMERY knowingly transmitted text messages

Affidavit

2

through interstate commerce over the Subject Telephone containing threats to injure, harm, and kill Victim 3 and members of Victim 3's family, and further, that MONTGOMERY's graphic and explicit threats to kill and harm Victim 3 were transmitted for the purpose of threatening Victim 3 and were made with the knowledge that Victim 3 would view MONTGOMERY's communications as a threat.

5.     The facts and information contained in this affidavit are based on my review of the materials collected during the investigation and information provided to me by other investigators. Unless otherwise indicated, I believe the information provided to me by others is reliable.  In those instances where I assert an opinion or belief with respect to the facts alleged in this affidavit, that opinion or belief is based on my training and experience, along with my knowledge of the investigation and any other specific factors I submit in connection with a particular assertion.  This affidavit is not intended to convey each and every fact of the investigation.  Instead, it is only intended to establish probable cause to support a criminal complaint charging the below listed individual with the above listed offense.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.  This investigation pertains to cyberstalking and criminal threats and is ongoing and evolving.  My understanding of the facts and circumstances presented within this affidavit may change over time, especially when considered in light of other evidence gathered during the investigation.

## II.     SUMMARY OF PROBABLE CAUSE

6.     Since November 2023, the FBI has been investigating MONTGOMERY for stalking and harassing Victim 1, in violation of 18 U.S.C. § 2261A, and for communicating threats of violence to Victims 2, 3, and 4, in violation of 18 U.S.C. § 875.  Victims 1 and 2 live in California, and Victims 3 and 4 live outside of California.  Specifically, over the last few months, MONTGOMERY has sent the victims hundreds of harassing and threatening text messages and voicemails, all while using the cellular telephone number of 323-767-6836 ("the Subject Telephone"), serviced by Verizon.  The Subject Telephone is subscribed to MONTGOMERY.  Each of the victims have reported that, as a result of MONTGOMERY's actions, they are fearful of MONTGOMERY and concerned for their safety.

7.     In the messages sent to the victims, MONTGOMERY has expressed his love for Victim 1

and threatened death and serious physical injury to Victims #2-4.[1]  In some messages, MONTGOMERY included images of violence, e.g., someone getting their throat slit by a knife.

8.    MONTGOMERY has identified himself and the Subject Telephone in several of the communications, including a voicemail to Victim 2, in which he stated: "This is Cedar Sky Montgomery and I'm looking to get a hold of [Victim 1], I believe this is [Victim 2's] phone number, my phone number is 323-767-6836, it's important that we have a conversation."

9.    Legal process requested from Verizon revealed subscriber, location, and historical data information for the Subject Telephone.  Call records confirmed the Subject Telephone has repeatedly contacted all four victims' telephone numbers between approximately November 16, 2023, through the present.  Location data from Verizon revealed that Subject Telephone's location data was consistent with MONTGOMERY's communications to victims regarding his location, including when MONTGOMERY revealed to the victims that he traveled across state lines from California to a location on the east coast.  This location data showing the Subject Telephone's movements to the east coast is concerning because Victim 1 has an upcoming public event in that same east coast location and Victim 2 plans to attend the event.  MONTGOMERY communicated through the Subject Telephone with the victims that MONTGOMERY plans to attend this event, and, if Victim 2 is seen at the event, MONTGOMERY will follow through with his threats of death and serious physical injury to Victim 2, and that "it's going to be violent."

10.   As explained below, the investigation has revealed that MONTGOMERY has engaged in prolonged harassment of and made multiple threats of violence to the victims in this case.  The requested complaint specifies a specific violation of 18 U.S.C. § 875(c) that occurred on November 22, 2023.  On this date, beginning at approximately 8:37 AM, MONTGOMERY texted Victim 3 multiple messages in which he threatened to kill Victim 3 and members of Victim 3's family.  These  text messages are depicted  in screenshots at paragraph 42 of this affidavit.  Victim 3 lives outside of the State of California, and was in a different state when he received these messages.

---

[1] Victim 2 is Victim 1's boyfriend.  Victims 3 and 4 are relatives of Victim 2.

Affidavit

### III.     STATEMENT OF PROBABLE CAUSE

11.     Since November 2023, the FBI has been investigating MONTGOMERY for stalking and sending harassing and threatening communications from the Subject Telephone to Victim 1 and Victim 2 in the States of California and elsewhere, and to Victims 3 and 4 in a state other than California. Communications from MONTGOMERY to these victims have been ongoing since approximately November 16, 2023.

12.     Based on review of law enforcement reports, conversations other law enforcement personnel, data provided by Verizon, and my own knowledge of the investigation, I am aware of the following:

**Initial Investigation of the Subject Telephone**

13.     On November 29, 2023, FBI obtained subscriber and location data for the Subject Telephone.  According to Verizon records, the Subject Telephone is an Apple iPhone 8 Plus subscribed to name of Sedar MONTGOMERY, address of XXXX Vine St., Hollywood, California 90028; MTN – Mobile Telephone Number – Effective Date of August 21, 2020.

14.     According to location data, when conveying threatening messages in late 2023, the Subject Telephone was consistently located at or near West Point, California.  This small town is in Calaveras County, in the Eastern District of California.

15.     Historical call detail records of the Subject Telephone confirmed that it contacted all four victims' telephone numbers between November 16, 2023, and approximately November 30, 2023. During this timeframe, the historical call data for Subject Telephone revealed 40 calls to Victim 1, 85 calls to Victim 2, six calls to Victim 3, and 48 calls to Victim 4.

**Investigation of MONTGOMERY**

16.     In November 2023, FBI Special Agent Joelh Calixto conducted both a National Crime Information Center ("NCIC") and CLEAR database name check on MONTGOMERY.   These checks showed MONTGOMERY was previously associated with a residence in West Point, California, and listed his phone number as the Subject Telephone.  These checks also showed that MONTGOMERY had a vehicle registered to the residence in West Point, California.

17.     Consistent with the NCIC and CLEAR database checks, California Department of Motor

Affidavit

Vehicles records showed that MONTGOMERY received his updated driver's license, including an updated photograph, on September 14, 2023.  Within the DMV records, MONTGOMERY's listed address on his driver's license is an apartment complex on Ivar Ave., in Los Angeles, CA 90068.  However, when compared against a law enforcement database check, MONTGOMERY did not have the Ivar Avenue address listed in his address history.

18.     To determine whether MONTGOMERY's listing of the Ivar Avenue address was a real address used by MONTGOMERY, FBI Special Agent Calixto contacted the apartment complex on Ivar Avenue.  Special Agent Calixto inquired whether MONTGOMERY resided at the Ivar Avenue address.  On November 30, 2023, an employee in the leasing office for the Ivar Avenue address told Special Agent Calixto that there was no record of MONTGOMERY residing in the apartment listed on his driver's license.

**Victim 1**

**MONTGOMERY's text messages to Victim 1**

19.     MONTGOMERY has been using the Subject Telephone to text and call Victim 1 very frequently since approximately November 24, 2023.  The harassing and threatening communications continue to the present.  As part of his ongoing campaign of harassment and threats, MONTGOMERY has left Victim 1 dozens of voicemails and text messages.  In order to identify incoming harassing communications, Victim 1 saved the Subject Telephone in her phone as "DONT ANSWER! (Cedar Sky Montgomery)."  Victim 1 provided investigators with screenshots of text messages, missed calls, and voicemails from MONTGOMERY, and audio recordings of voicemails as well to further this investigation.

20.     In multiple text messages to Victim 1, MONTGOMERY identified himself by name.  Further verifying his identity, MONTGOMERY sent a photograph of himself to Victim 1 while stating his full true name after the photograph, "This is Cedar Sky Montgomery," as well as a photograph of himself with no shirt.  The photograph without the shirt revealed a tattoo on his chest.  This tattoo is consistent with previous booking photos of MONTGOMERY which show the tattoo.  To corroborate his identity, MONTGOMERY sent Victim 1 a picture of his registered vehicle, a white Toyota Pick-up with California license plate 67443P1.  MONTGOMERY edited a picture of Victim 1 holding a sign that

states "Hello Cedar Sky Montgomery I'm the real [Victim 1] and I love you so much.  You're my husband and the man to my heart, Hope you believe me now."

21.     A few of the numerous screenshot captures provided by Victim 1 are copied below.  I have redacted these and other screenshots throughout to protect the privacy of the victims.

  

MONTGOMERY's most current driver's license picture, which appears to have been taken September 14, 2023, demonstrates his resemblance to the person in the pictures of himself he sent Victim 1 in the screenshots above:



22.     In his text messages, MONTGOMERY expresses his romantic interest in Victim 1, "You will always be #1 in my life baby for the rest of my life [Victim 1]!" MONTGOMERY consistently sends pictures of Victim 1, from publicly available photos to Victim 1, expressing the love

MONTGOMERY has for her.  In the same edited picture of Victim 1 holding the sign, MONTGOMERY also stated "I love you [Victim 1]! I have Prayed to God For You [Victim 1]."  MONTGOMERY's communications proceed from the false premise that Victim 1 is his wife, "I am just worried about you! Where are you and who you're with! I think about All fucking Time [Victim 1] everyday because your Wife Baby!" MONTGOMERY also told Victim 1 that she was a constant topic of conversation in his past relationship when they had verbal arguments, "You [Victim 1] back then were always a 'Subject' my Ex Anna would always bring up anytime we would argue back then…"





23.     MONTGOMERY's messages show that he is aware that Victim 1 and Victim 2 are in a romantic relationship and that he is angry about this.  For example, MONTGOMERY related to Victim 1, while threatening Victim 2, "Yeah look everybody at Cedar Sky Montgomery wife getting fucked by [Victim 2] right now!" "Who do I want to kill! I want to Kill [Victim 2]" "I said I HATE [Victim 2] to death and I hate his entire family to death and I am going to Kill [Victim 2]."  The screenshots below show additional examples of this.

Affidavit




24.    MONTGOMERY's text messages to Victim 1 do not always involve him expressing his love.  Instead, he sometimes sends messages in which he portrays himself as being upset with Victim 1. In the texts below, for example, he tells Victim 1 that she is making him upset and threatens "legal consequences" for her family.

Affidavit

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

 

16      25.     MONTGOMERY has also expressed his attempts to find Victim 1, "I Am Looking For

17   You Baby! I am going to do whatever it takes to find you!"  MONTGOMERY sent a photo of Victim 1

18   while she was pregnant stating, "I look forward to US Being Together as a couple Baby Momma!"

19   MONTGOMERY continued to text Victim 1, "And I am trying to find you baby!" and that he would

20   travel all over the world to find Victim 1.  In the same the same text conversation with the edited picture

21   of Victim 1 holding the sign, MONTGOMERY also stated "We need to have a conversation…".

22

23

24

25

26

27

28





26. MONTGOMERY has expressed that he wants to have sexual intercourse with Victim 1, "And I want to make love to you [Victim 1]." MONTGOMERY sent photographs of anime cartoon characters having sexual intercourse with Victim 1. MONTGOMERY has also told Victim 1 she is responsible for sexually gratifying him, "Your fault [Victim 1] you make my Penis get hard and therefore you're responsible for taking care of Me when My Penis gets hard! I need you in my life to sit on top of my penis with your vagina pussy because you make my penis hard for a long time!" MONTGOMERY sent Victim 1 a nude photograph of herself. He also sent explicit photographs of himself to Victim 1, including a couple with a towel covering his genitals and one of his genitals. After sending the photograph of his genitals, MONTGOMERY wrote, "All you need us love [Victim 1] …" followed by a photograph of Victim 1. MONTGOMERY has brought up the topic of rape to Victim 1 stating, "I haven't ever personally raped anybody in my entire life! However I have heard it also isn't the same kind of sexual experience for the man!" Redacted examples of such texts are copied below.

Affidavit



27.     MONTGOMERY also used the Subject Telephone to leave Victim 1 dozens of voicemails with similar verbiage as his text messages to Victim 1.  In these voicemails, MONTGOMERY identifies himself and expresses his love for Victim 1 and his desire to find her.  In one of the voicemails, MONTGOMERY reiterates that he is trying to find her, and that he cannot wait to see and meet her and is looking forward to being together with her as he is in love with her.  Examples of numerous other voicemails are transcribed below (not verbatim):

- "Hey baby, I was just calling to tell you that I love you, I love you [Victim 1],"

- "Hey baby, this is Cedar, I'm just calling to tell you that I love you [Victim 1], and I got everybody I can possibly trying to find you okay, I love you, were going to find you I love you okay, everything is going to be fine,"

- "Good morning baby, I'm just calling to tell you, this is Cedar, I'm just trying to call you and tell you that I love you [Victim 1] because your wife, I love you, you're the most important person in the entire world to me, I love you and I can't wait to see you and I'm looking forwards to seeing you, I pray to god for your safety everyday I love you baby,'

- Good Morning, I love you, I'm just trying to find you, I think about you all the time everyday and you're the first thing I think about when I wake up the first thing I think about before I fall asleep,

I think about you all the time, I love you and I'm just trying to find you and where you are, I really need to talk to you, I love you [Victim 1]."

A few of the screenshot captures of the missed calls, and voicemails from MONTGOMERY to Victim 1 are depicted below.  I have redacted two different unrelated phone numbers on the leftmost image.

  

**MONTGOMERY's harassment of Victim 1 while she was outside the State of California**

28.     Victim 1 traveled outside the State of California for approximately 10 days during December of 2023.  MONTGOMERY continued to send harassing and threatening communications to Victim 1 during this timeframe.  During this timeframe, for example, MONTGOMERY told Victim 1 she had ruined his mother's birthday the day before.  Records confirm his mother's birthday was in fact the day before he related this message.

29.     MONTGOMERY appeared to be upset with Victim 1 as he questioned if she was still his wife and related, "You have to talk to me! My name isn't [Victim 2] Bitch! I am Starting to get angry at you personally [Victim 1]…"

30.     MONTGOMERY continued to express his love for Victim 1 and asked her to marry him while sending a photograph of a ring, "Yes Will You [Victim 1] Marry Me Cedar Sky Montgomery!"

Affidavit

13

31.     MONTGOMERY continued to relate that he wanted to have sexual intercourse with Victim 1 by relating, not verbatim, "…think about your Pussy lips your Vagina [Victim 1] putting my Penis inside of your pussy lips!" "Simply telling you what we are going to do with each other when we meet each other again."  Example screenshots of these messages are copied below:

 

**Victim 2.**

32.     Victim 2 is Victim 1's boyfriend.  MONTGOMERY has been texting and calling Victim 2 very frequently since approximately November 16, 2023, and continuing through to the present. MONTGOMERY has left Victim 2 dozens of voicemails and text messages.  Victim 2 has previously saved Subject Telephone in his phone as "Do Not Answer LA Psycho," and as of recently "Dont Answer." Victim 2 provided screenshots of text messages, missed calls, and voicemails from MONTGOMERY, as well as audio recordings of voicemails, to investigators in this case.

### MONTGOMERY's text messages to Victim 2

33.     MONTGOMERY has texted Victim 2 relating Victim 2's true name, current home address, including unit number, while relating a threat of death and serious physical injury.  In a subsequent text message, MONTGOMERY reveals his true full name by stating "This is Cedar Sky Montgomery!" and that he would Victim 2 by relating "…when find you going to kill you…"  Most text messages from MONTGOMERY to Victim 2 are harassing and threaten death or serious physical injury,

Affidavit

14

including, for example, an image of someone getting their throat slit by a knife.  Examples of such

messages are provided below:



34.     MONTGOMERY continues to send Victim 2 multiple harassing and threatening

communications involving death and/or serious physical injury, including a text message stating: "I am

going to kill you [Victim 2] when I find you!" and "I am going to physically beat you to death [Victim

2]."  MONTGOMERY also threatened to commit these violent acts if Victim 2 is seen at an upcoming

event scheduled for Victim 1, which both Victim 1 and Victim 2 plan to attend.  A screenshot capture

provided by Victim 2 is below of the text message from MONTGOMERY on approximately January 23,

2024:

**MONTGOMERY's voicemails for and missed calls to Victim 2**

35.     One of the initial voicemails MONTGOMERY left for Victim 2 is of MONTGOMERY identifying himself by full name and claiming the Subject Telephone by relating: "This is Cedar Sky Montgomery and I'm looking to get a hold of [Victim 1], I believe this is [Victim 2's] phone number, my phone number is 323-767-6836, it's important that we have a conversation."  Subsequent voicemails from MONTGOMERY to Victim 2 share a similar message of death and/or serious physical injury, including a voicemail with what appears to be the sound of a chainsaw being used while relating "…you hear that [Victim 2] …"  Numerous other voicemails are transcribed below (not verbatim):

- "I know this is your phone number [Victim 2] I'm going to find you,"
- "As soon as your reported somewhere, wherever your reported being, I'm going to find you, and I'm going to show at that place and I'm going to kill you [Victim 2], you hear me!?...'
- "…you got a problem [Victim 2], because I'm going to find you and I'm going to kill you and

Affidavit

16

I'm not ever going to stop until I find you, I'm not ever going to stop looking! Until I find you and I'm gone to kill you [Victim 2],"

- "…I hate you to death, I'm going to spend the rest of my until I find you, I'm going to kill you, you hear me, I'm going to spend the rest of my life until I find you, and when I find you, I'm going to kill you [Victim 2],"

- "I hate you to death [Victim 2], I said I'm going to kill you, I'm going to cut your throat, I'm going to beat you to death, I'm going to physically torture you to death, I hate you to death,"

- "I said I'm going to kill you [Victim 2], I'm going to cut your fucking throat, I'm going to kill you, I'm going to slice your neck from one side of your fucking throat to the other, I'm going to cut your Adams apple out your fucking throat, I'm going to smash you on the ground, stomp on it with my fucking foot, I'm going to kill you,"

- "…I hate you to death [Victim 2], I swear to God I'm going to kill you, I'm going to slit your fucking throat,"

- "…I'm going to find you [Victim 2], and I'm going to kill you [Victim 2],"

- "Did you hear me…I said I'm going to bring other people with me, I'm going to show up in [another state] at [Victim 4's] house and I'm going to burn your family's house to the ground and I'm going to kill every member of your fucking family at that house, I'm going to kill you and every member of your house, I'm going to hunt your family to death for the rest of my life."

36.     A few of the screenshot captures of the missed calls, and voicemails from MONTGOMERY to Victim 2 in late November of 2023 are below:

  

I have reviewed the recording of the voicemail related to screenshot on the right, a message left by the user of the Subject Telephone on Victim 2's voicemail at 7:16 a.m. on November 30, 2023.[2]  In that voicemail message, the caller says:

> I swear to God, I'm going to kill you [Victim 2's first and last name].  I'm going to physically find you, and I'm going to kill you.  I'm going to cut your fucking throat, and I'm going to slit your neck.  You'll be lucky if I don't torture you to death.  Because right now I'm looking at torturing you to death, [Victim 2's first and last name].

I have reviewed location data for the Subject Telephone for the date of November 30, 2023.  A review of the location data provided by Verizon shows, at the time the Subject Telephone called Victim 2 and left this voicemail, it was located at or near the residence associated with MONTGOMERY in West Point, which is in the Eastern District of California.

//

---

2 Note: the Apple rough voice transcriptions are not entirely accurate.

1

**MONTGOMERY's messages to Victim 2 while Victim 2 was outside the State California**

2     37.    Victim 2 was also outside the State of California for approximately 10 days in December

3 of 2023.  During this time, MONTGOMERY continued to send harassing and threatening

4 communications involving death and/or serious physical injury to Victim 2.

5     38.    MONTGOMERY threatened Victim 2 that he would have violence committed against

6 Victim 2 in the state where Victim 2 had travelled.  MONTGOMERY related to Victim 2 "that I am

7 going to have you killed in one way or another!" alongside threatening to kill Victim 2's family.

8 MONTGOMERY stated, "I am going to turn the entire [State where Victim 2 had travelled] in to a

9 Fucking WARZONE!" A few of the numerous screenshot captures provided by Victim 2 are depicted

10 below:



**Montgomery's voicemails for and missed calls to Victim 2**

27     39.    The voicemails from MONTGOMERY to Victim 2 consisted of similar verbiage of

28 MONTGOMERY's text messages to Victim 2.  Numerous voicemails consist of, not verbatim, the

Affidavit

below:

- "Do you understand [Victim 2] I'm going to have to kill one way or another,"
- "We going to turn the [State where Victim 2 had travelled] into a warzone, I'm going to kill your entire family [Victim 2], I'm going to burn your family to the ground, your family going to hang from trees, I'm going slit your fucking throat,"
- "I'm going to kill you, I'm going to kill you [Victim 2], I'm going to kill you and your entire family, I'm going to kill every member of [Victim 2] family in the entire fucking country,"

40.    A few of the screenshot captures of the missed calls, and voicemails from MONTGOMERY to Victim 2 are below:



## **Victim 3**

41.    Victim 3 is Victim 2's brother.  MONTGOMERY first called Victim 3 on approximately November 22, 2023, and then proceeded to text him multiple times.  Victim 3 has provided approximately five screenshots of text messages from MONTGOMERY to Victim 3.  Victim 3 has blocked MONTGOMERY's cellphone number, but MONTGOMERY continued to call and leave harassing and threatening voicemails to Victim 3.

//

Affidavit

20

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MONTGOMERY's text messages to Victim 3**

42.      MONTGOMERY texted Victim 3 relating Victim 3's and Victim 2's true name along with threats of death and serious physical injury.  These messages show MONTGOMERY is aware that Victim 3 and Victim 2 are brothers.  MONTGOMERY texted Victim 3 "Looking for you [Victim 3] and Your Brother [Victim 2] and When I find both you going to kill both you," along with emojis appearing to represent death, e.g., a picture of a human skull, a coffin, a knife, and a tombstone.  MONTGOMERY related to Victim 3 that he is also aware of the physical addresses of their family members while threatening to burn down their homes with them inside.  The text message stated, not verbatim, "Going to Kill You and Every Member of your family…" "I have every Member of your family physical address," "…I start to show up…and Start to burn down your families houses with your family members still inside of them."

  

The text messages in the screenshot on the left form the basis of the charge in the criminal complaint.  I have reviewed location data for the Subject Telephone for the date of November 22, 2023.  A review of the location data provided by Verizon shows, at the time the Subject Telephone texted Victim 3 these

messages, it was located at or near the residence associated with MONTGOMERY in West Point, which is in the Eastern District of California.   Also, Victim 3 resides outside the State of California, and was not in California when he received these messages.

**Victim 4**

43.     Victim 4 is the father of Victim 2.  From approximately November 18, 2023, to December 2023, MONTGOMERY called Victim 4 multiple times.    MONTGOMERY is aware that Victim 4 and Victim 2 are relatives.  Victim 4 has provided screenshot captures and audio recordings of voicemail messages left from MONTGOMERY to Victim 4.  Victim 4 has blocked MONTGOMERY's cellphone number.

44.     The voicemails from MONTGOMERY to Victim 4 all share a similar message of threats of death and serious physical injury to the Victim 4 and his family members, including a voicemail from MONTGOMERY relating "I'm going to cut your fucking throat," repeated multiple times.  A couple of the voicemails consist of, not verbatim, the below:

- "I hate your entire family to death, and I swear to God I'm going to kill you, and every member of your family…"

- "I'm going to kill you, I'm going to kill every fucking member of your fucking family..."

Victim 4 has also provided screenshots and voicemails confirming he has received such communications from MONTGOMERY.

**Further investigation confirmed MONTGOMERY sent many of these interstate threats from Calaveras County, and that he is now in a city on the east coast, where he has threatened to harm Victim 2 at an upcoming event**

45.     On December 8, 2023, a Magistrate Judge in the Central District of California, authorized the issuance of a historical and prospective cell site warrant for the Subject Telephone, which provided historical call detail records and location data for the period of November 16, 2023, through December 8, 2023, as well as prospective location information from December 10, 2023, through January 22, 2024.

46.     According to the records provided by Verizon pursuant to that warrant, the Subject Telephone was physically present in the vicinity of Calaveras County for the period of November 15, 2023, through January 6, 2023.   The information provided by Verizon revealed that the Subject

Telephone location data was consistent with MONTGOMERY's communications to the victims regarding MONTGOMERY's whereabouts, including when MONTGOMERY revealed to the victims that he was traveling across state lines to a city on the east coast, from California, where Victim 1 has an upcoming event in February 2024.  Historical data from Verizon also revealed the Subject Telephone communicated with all victims throughout the listed time period of November 16, 2023, through December 8, 2023.  Verizon provided historical call data from approximately December 1, 2023, to December 8, 2023 for Subject Telephone.  During this timeframe, the Subject Telephone called Victim 1 approximately 13 times, called Victim 2 approximately 92 times, called Victim 3 approximately 1 time, and called Victim 4 approximately 24 times.

47.     In January 2024, the FBI requested an additional cell site warrant due to the continued harassment and threats from MONTGOMERY to victims, and the expiration of previous prospective location data for the Subject Telephone.  Information provided from Verizon revealed that the Subject Telephone location data was consistent with MONTGOMERY's communications to the victims regarding his whereabouts.

**MONTGOMERY's criminal history and prior law enforcement contacts**

48.     A review of other law enforcement reports regarding MONTGOMERY reveal he was arrested in Arizona on October 8, 2001, for marijuana possession/use and marijuana transport and/or sell.  His rap sheet reveals he received a felony conviction for this offense and was sentenced to three years of probation on or about December 17, 2001.[3]  Additionally, MONTGOMERY was arrested in Arizona on January 20, 2010, for marijuana possession/use and drug paraphernalia possession/use.  His rap sheet reveals he received a felony conviction for this offense as well, and that, on January 28, 2010, he was sentenced to another three years of probation.

49.     A review of FBI and other law enforcement reports regarding MONTGOMERY also reveals the following:

- He has previously threatened Disney employees on Twitter (on July 1, 2021, although he was not arrested or charged for that conduct);

---

[3] The rap sheet appears to show that his conviction was later vacated.  The FBI has requested, but not yet received additional records regarding this conviction.

Affidavit

- He was arrested in 2020 in Washington, D.C. for having a pocketknife at the White House;

- He was previously investigated in 2020 for threatening the President;

- He threatened employees of the Federal Reserve in 2021 (I do not believe he was arrested for that conduct); and

- In 2009, on two different occasions, he unsuccessfully attempted to purchase firearms but was denied given his prohibited status as a felon.

50.     In July 2021, Calaveras County Sheriff's Department deputies contacted MONTGOMERY at his residence in West Point, California and interviewed MONTGOMERY, who was living with his mother at that time.   MONTGOMERY admitted to posting threats about Disney employees and was admonished to discontinue the criminal threats.  MONTGOMERY has also been arrested in the state of California for unlawful entry into a noncommercial building, in violation of Penal Code § 602.5 (in 2016, and there is an entry stating: "20220724 DISPO:ARREST RELIEF GRANTED PER 851.93 PC:).  It appears these arrests/investigations did not result in criminal convictions.

51.     According to Washington, D.C. Superior Court public records, MONTGOMERY had three misdemeanor court cases in that jurisdiction in 2020 involving burglary, unlawful entry, and destruction of property.  Case Nos. 2020 CMD 000619, 2020 CMD 002339, and 2020 CMD 002363. The most recent joint filing in all three cases shows that MONTGOMERY was found mentally competent by the court on August 10, 2021.  The previous cases did not result in convictions.  The three cases appear to have resulted in a disposition involving diversion.

## IV.   REQUEST FOR SEALING

52.     I respectfully request that this Court issue an order sealing, until further order of the Court, the Complaint, Complaint affidavit and Arrest Warrant.  I believe that sealing these documents is necessary to prevent potential destruction of evidence and enable a safe arrest.  Premature disclosure of the contents of this affidavit and related documents may have a significant and negative impact on the investigation.

//

//

Affidavit

24

## V.   <u>CONCLUSION</u>

53.     For all the reasons described above, there is probable cause to believe that MONTGOMERY has sent threats to Victim 3 in violation of 18 U.S.C. § 875(c) – Interstate Communications of Threats of Violence.  Based upon this probable cause, I respectfully request that the Court issue a criminal complaint against, and arrest warrant for Cedar Sky MONTGOMERY for sending threats to injure in interstate commerce to Victim 3, on or about November 22, 2023, in violation of 18 U.S.C. § 875(c).

Respectfully submitted,


  /s/ Robert Simmons
Robert Simmons
Special Agent
FBI




Subscribed and sworn to via me telephone on:   February 15, 2024


Hon. Jeremy D. Peterson
U.S. MAGISTRATE JUDGE



/s/ Adrian T. Kinsella, Christina McCall
Approved as to form by AUSAs ADRIAN T. KINSELLA and CHRISTINA MCCALL

Affidavit

<u>**United States v. Cedar Sky Montgomery**</u>
**Penalties for Criminal Complaint**

<u>**COUNT 1:**</u>

VIOLATION:      18 U.S.C. §§ 875(c) – Interstate Communications of Violent Threats

PENALTIES:      A maximum of 5 years in prison;
                Fine of up to $250,000;
                Supervised release of 3 years (18 U.S.C. 3583(b)(2));
                Restitution
                Special Assessment: $100 (18 U.S.C. § 3013)